S.D.N.Y. – N.Y.C.
23-cv-4974
Hellerstein, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of February, two thousand twenty-five.

Present:
    John M. Walker, Jr.,
    Pierre N. Leval,
    Joseph F. Bianco,
        *Circuit Judges*.

---

Refineria di Korsou N.V.,

    *Plaintiff-Appellee*,

v.                          23-7936

Petroleos de Venezuela S.A.,

    *Defendant-Appellant*.∗

---

Appellant moves to dismiss this appeal as moot, and for vacatur of the district court order that is the subject of the appeal, and remand for further proceedings. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the appeal is DISMISSED because this Court can no longer grant Appellant any effective relief. *See Los Angeles Cnty. v. Davis*, 440 U.S. 625, 631 (1979). It is further ORDERED that the district court's order is VACATED and the matter is REMANDED with instructions that the district court dismiss the action as moot. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39–41 (1950); *see also Lawrence v. Chater*, 516 U.S. 163, 167–68 (1996) (per curiam).

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk of Court

---

∗ The Clerk of the Court is respectfully directed to amend the caption on this Court's docket to be consistent with the caption on this order.